AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JAVIER ENRIQUE RAMIREZ, | ) | Case No.  14-8181-WM |
| a/k/a "Hector Hernandez-Rivera", | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED by _____ D.C.

MAY 0 2 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 7, 2014 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC Section 1015(e) | knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Andy Korzen, Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: May 2, 2014

City and state:  _____ West Palm Beach, FL _____

_____
_Judge's signature_

William Matthewman, U.S. Magistrate Judge
_Printed name and title_

## UNITED STATES v. JAVIER ENRIQUE RAMIREZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## Case No. 14-8181-WM

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Javier Enrique RAMIREZ, also known as Hector HERNANDEZ-RIVERA committed the offense of knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, in violation of Title 18, United States Code, Section 1015(e).

3.      On or about April 7, 2014, an individual identifying himself with Florida Driver's License as Hector HERNANDEZ-RIVERA was arrested in Palm Beach County, Florida on charges of driving under influence-property damage and hit and run-leave scene of crash involve damage to property. He was booked

and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual who is in the United States illegally, that is Javier Enrique RAMIREZ.

4.      On or about April 14, 2014, your affiant received the immigration alien file assigned to Javier Enrique RAMIREZ. Records within the alien file assigned to Javier Enrique RAMIREZ show that he is a native and citizen of Peru.   Records further show that Javier Enrique RAMIREZ has outstanding warrant of removal entered against him and is currently present in the United States without any legal status.

5.      Town of Palm Beach Police Department Fingerprint Expert Gregory Parkinson conducted fingerprint comparison in this case. Javier Enrique RAMIREZ's fingerprints taken in connection with his April 7, 2014, arrest in Palm Beach County were compared with the fingerprints located in Javier Enrique RAMIREZ's immigration file. The fingerprint comparison confirmed that fingerprints impressions were made by the same individual, that is Javier Enrique RAMIREZ.

6.      On or about April 23, 2014, your affiant received certified Driver's License records for Javier Enrique RAMIREZ and Hector HERNANDEZ-RIVERA from the State of Florida, Department of Highway Safety and Motor Vehicles. A comparison between the photos for Javier Enrique RAMIREZ and Hector HERNANDEZ-RIVERA bear a strong likeness to each other.

7.      Records show that on or about January 20, 2010, in Palm Beach County, Florida Javier Enrique RAMIREZ using name of Hector HERNANDEZ-

2

RIVERA received Florida driver's license number H655-320-60-379-0. Records further show that on or about January 20, 2010, Javier Enrique RAMIREZ under penalty of perjury, sworn or affirmed application for driver's license. In that application Javier Enrique RAMIREZ claimed to be United States Citizen and that his name is Hector HERNANDEZ-RIVERA. As a proof of identity, Javier Enrique RAMIREZ produced Puerto Rican Birth Certificate and Social Security Card, both issued under Hector HERNANDEZ-RIVERA's name.

8.      Your affiant received records from the Puerto Rico Driver and Vehicle Information Database (DAVID) of the person believed to be the "true" Hector HERNANDEZ-RIVERA. Records indicate that the "true" Hector HERNANDEZ-RIVERA has valid Puerto Rico driver's license number 6228098, and that he is residing in Caguas, Puerto Rico. Comparison of Puerto Rico DAVID photograph of "true" Hector HERNANDEZ-RIVERA with photographs of both Javier Enrique RAMIREZ and Hector HERNANDEZ-RIVERA did not bear any likeness.

9.      On May 1, 2014, in Stuart, Florida, your affiant interviewed Javier Enrique RAMIREZ. Post-Miranda, Javier Enrique RAMIREZ admitted to being a citizen of Peru, and being present in the United States illegally. He further admitted to purchasing Puerto Rican Birth Certificate and Social Security Card in name of Hector HERNANDEZ-RIVERA from unknown individual for $500.00, with understanding that those documents were issued to the deceased person. Javier Enrique RAMIREZ further admitted that he used those documents to apply for Florida Driver's License and United States Passport, and for employment

3

purposes. He further admitted that on application for Florida Driver's License, he claimed to be U.S. citizen, and that he was born in Puerto Rico. Javier Enrique RAMIREZ acknowledged that he knew it was illegal what he did, but according to him was not criminal.

10. Based on the foregoing, your affiant avers that there exists probable cause to believe that Javier Enrique RAMIREZ also known as Hector HERNANDEZ-RIVERA, committed the offense of knowingly making a false statement or claim that he is, or at any time has been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or any other person, any Federal or State benefit or service, in violation of Title 18, United States Code, Section 1015(e).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 2ND DAY OF MAY, 2014, AT WEST PALM
BEACH, FLORIDA.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:  __JAVIER ENRIQUE RAMIREZ, a/k/a "Hector Hernandez-Rivera"__

**Case No**:  __14-8181-WM__

Count   1:

__Making False Statement or Claim to Obtain Federal or State Benefits or Services__
__Title 18, United States Code, Section 1015(e)__

**\*Max. Penalty:**       0-5 Years' Imprisonment; $250,000.00 Fine
                    0-3 Years' Supervised Release; $100 Special Assessment

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No.   14-8181-WM

**UNITED STATES OF AMERICA**

vs.

**JAVIER ENRIQUE RAMIREZ,**
a/k/a "Hector Hernandez-Rivera,"

**Defendant**

_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes ___X___ No

2.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes ___X___ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
JOHN C. MCMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
John.McMillan@usdoj.gov
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
561-820-8711